UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RUSSO,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERAL MEDICAL SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 24-cv-00748-PCP (SVK)<br><br>**ORDER FOLLOWING NOVEMBER 13, 2024 DISCOVERY HEARING**<br><br>Re: Dkt. No. 99 |

The Court held a hearing on November 13, 2024 on the Parties' joint statement regarding discovery disputes (Dkt. 99). For the reasons discussed at the hearing, the Court set parameters on a revised set of up to 25 Requests for Production ("RFPs") by Plaintiff on the issue of alter ego and joint employment and set the following expedited schedule:

| Event | Date/Deadline |
|---|---|
| Service of Plaintiffs' revised RFPs (up to 25) | 11/14/24 |
| Service of responses/objections to Plaintiffs' revised RFPs | 11/20/24 |
| Filing of joint discovery dispute submission on any areas of dispute that remain after robust meet and confer in accordance with the undersigned's Civil and Discovery Referral Matters Standing Order | 11/26/24 at noon |
| Discovery hearing by Zoom (if needed) | 12/4/24 at noon |
| Production of any documents in response to RFPs that are not in dispute | 12/4/24 |

**SO ORDERED.**

Dated: November 13, 2024

SUSAN VAN KEULEN
United States Magistrate Judge